Cameron Ramelli, OSB No. 174417
e-mail: cameron@ramellilaw.com
RAMELLI LAW LLC
4900 SW Griffith Dr. Suite 165
Beaverton, OR 97005
T: (503) 536 – 5164
F: (503) 662 – 6016

Attorney for Plaintiff

# UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| MATTHEW THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>KC CARE LLC,<br><br>    Defendant. | Case No. 3:18-CV-00363-YY<br><br>**JOINT MOTION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIM WITH PREJUDICE AND JOINT MOTION OF VOLUNTARY DISMISSAL OF DEFENDANT'S COUNTERCLAIMS WITHOUT PREJUDICE** |

//
//
//
//
//
//
//

Page 1 - **JOINT MOTION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIM WITH PREJUDICE AND JOINT MOTION OF VOLUNTARY DISMISSAL OF DEFENDANT'S COUNTERCLAIMS WITHOUT PREJUDICE**

Ramelli Law LLC
4900 SW Griffith Dr. Suite 165
Beaverton, OR 97005
P: (503) 536-5164 F: (503) 662-6016

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Matthew Thompson and Defendant KC Care, LLC, by and through their respective counsel below, hereby stipulate to the dismissal of the above-captioned action. Plaintiff's claim is dismissed with prejudice. Defendant's counterclaims are dismissed without prejudice. Each of the parties shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action

RESPECTFULLY SUBMITTED March 13, 2020

Cameron Ramelli, OSB No. 174417
RAMELLI LAW LLC
4900 SW Griffith Dr. Suite 165
Beaverton, OR 97005
Trial Attorney
Tel (503) 536-5164
Fax (503) 662-6016
cameron@ramellilaw.com

Of Attorney for Plaintiff

Douglas S. Parker, OSB No. 821017
LITTLER MENDELSON, P.C.
121 SW Morrison Street, Suite 900
Portland, OR 97204
Telephone: 503.889.8873
Facsimile: 503.242.2457
Email: dparker@littler.com
Attorney for Defendant

Christian Zupancic, OSB No. 135475
ZUPLAW LAW FIRM, LLC
615 Broadway, Suite 216
Seaside, OR 97138
Telephone: 503.747.9836
Facsimile: 503.902.7900
Email: christian@zuplaw.com
Attorney for Defendant

Page 2 - **JOINT MOTION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIM WITH PREJUDICE AND JOINT MOTION OF VOLUNTARY DISMISSAL OF DEFENDANT'S COUNTERCLAIMS WITHOUT PREJUDICE**

Ramelli Law LLC
4900 SW Griffith Dr. Suite 165
Beaverton, OR 97005
P: (503) 536-5164 F: (503) 662-6016